UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: )  Case No. 11-01027
    CORTINA, EFRAIN )
    CORTINA, LETICIA )
     )
     )
     )
     )
                              Debtor(s) )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on September 1, 2011 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 2, 2011          By: /s/ Richard M. Fogel
                                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CORTINA, EFRAIN § Case No. 11-01027
    CORTINA, LETICIA § 
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 8,578.15 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 8,578.15 |
| **Balance on hand:** | **$ 8,578.15** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,578.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD M. FOGEL | 1,607.82 | 0.00 | 1,607.82 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,607.82 |
| Remaining balance: | $ 6,970.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,970.33 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,970.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,953.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 299.60 | 0.00 | 130.90 |
| 2 | Chase Bank USA, N.A. | 3,632.62 | 0.00 | 1,587.10 |
| 3 | Chase Bank USA, N.A. | 12,021.76 | 0.00 | 5,252.33 |

Total to be paid for timely general unsecured claims: $ 6,970.33
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Efrain Cortina  
Leticia Cortina  
    Debtors

Case No. 11-01027-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dramey     Page 1 of 1     Date Rcvd: Aug 04, 2011  
                        Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2011.

```
db/jdb       Efrain Cortina,   Leticia Cortina,   1440 West 49th Place,   Chicago, IL  60609-4947
aty          Timothy K Liou,   Liou Law Firm,   605 West Madison Street,   Suite 331,
              Chicago, IL  60661-2453
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
17542519     American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
16660487     Associated Recovery Systems,   A Division Of ARS National Services, Inc,   P.O. Box 469046,
              Escondido, CA  92046-9046
16660488    +Bally Total Fitness,   Suite 300,   12440 Imperial Hwy,   Norwalk, CA 90650-3178
16660489     Chase,   Box 15298,   Wilmington, DE  19850-5298
17180792     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16660490    +Chase Home Finance,   Box 24696,   Columbus, OH 43224-0696
16660491    +Cook County Collector,   Room 112,   118 North Clark Street,   Chicago, IL 60602-1332
16660483     Cortina Efrain,   1440 West 49th Place,   Chicago, IL  60609-4947
16660484     Cortina Leticia,   1440 West 49th Place,   Chicago, IL  60609-4947
16660492   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   DFS Customer Care Department,   Box 81577,
              Austin, TX   78708-1577)
16660493     Guadalupe Ramirez,   3936 West 56th Street,   Chicago, IL  60629-4404
16660494    +Illinois Department Of Healthcare And Fam,   C/O Division Of Child Support Enforcemen,
              32 West Randolph Street,   Chicago, IL 60601-3403
16660485     Law Office Of Timothy K Liou,   Suite 331 605 West Madison Street,   Chicago, IL  60661-2453
16660495     Litton Loan Servicing,   Box 4387,   Houston, TX  77210-4387
16692568    +Litton Loan Servicing, LP.,   PO BOX 829009,   Dallas, TX 75382-9009
16660496    +Mercy Hospital & Medical Center,   Box 97171,   Chicago, IL 60678-7171
16660497    +Mercy Physician Billing,   35072 Eagle Way,   Chicago, IL 60678-1350
16660498    +Oral & Maxillofacial Surgery of Chgo, PC,   6715 West Archer Avenue,   Chicago, IL 60638-2309
16660499     Sears Credit Cards,   Box 6282,   Sioux Falls, SD  57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16660486     E-mail/PDF: cbp@slfs.com Aug 05 2011 00:01:47     American General Finance,   Box 790368,
              St. Louis, MO  63179-0368
17078626     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 23:59:26
             American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2011**            **Signature:** _Joseph Speetjens_