**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CORTINA, EFRAIN § Case No. 11-01027 | |
|       CORTINA, LETICIA § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $228,855.00 *(without deducting any secured claims)* | Assets Exempt: $42,735.00 |
| Total Distribution to Claimants: $6,954.06 | Claims Discharged Without Payment: $115,461.99 |
| Total Expenses of Administration: $1,624.27 | |

    3) Total gross receipts of $ 8,578.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,578.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $361,236.48 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,624.28 | 1,624.27 | 1,624.27 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 121,319.35 | 15,953.98 | 15,953.98 | 6,954.06 |
| **TOTAL DISBURSEMENTS** | $482,555.83 | $17,578.26 | $17,578.25 | $8,578.33 |

4) This case was originally filed under Chapter 7 on January 11, 2011. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2011          By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income tax refund | 1224-000 | 8,578.00 |
| Interest Income | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$8,578.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 116,924.23 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 4110-000 | 231,588.33 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Collector | 4110-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 4110-000 | 9,923.92 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$361,236.48** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,607.83 | 1,607.82 | 1,607.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.45 | 16.45 | 16.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,624.28 | 1,624.27 | 1,624.27 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 299.60 | 299.60 | 130.59 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,581.91 | 3,632.62 | 3,632.62 | 1,583.40 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 11,275.37 | 12,021.76 | 12,021.76 | 5,240.07 |
| NOTFILED | Mercy Physician Billing | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Physician Billing | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Oral & Maxillofacial Surgery of Chgo, PC | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonia Perez Address Unknown | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mercy Physician Billing | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Deparment Of Healthcare And Fam C/O | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 11,213.66 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 7100-000 | 92,259.93 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems A Division Of ARS National | 7100-000 | 1,733.48 | N/A | N/A | 0.00 |
| NOTFILED | Bally Total Fitness | 7100-000 | 570.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services DFS Customer Care Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mercy Hospital & Medical Center | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Hospital & Medical Center | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 121,319.35 | 15,953.98 | 15,953.98 | 6,954.06 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-01027  
**Case Name:** CORTINA, EFRAIN  
                CORTINA, LETICIA  
**Period Ending:** 10/03/11

**Trustee:** (330720)    RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/11/11 (f)  
**§341(a) Meeting Date:** 02/15/11  
**Claims Bar Date:** 06/29/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Debtors' primary residence commonly 49th Place, <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 62,667.00 | 0.00 | DA | 0.00 | FA |
| 2   Two-flat commonly, OlnyIL 60629-4404 -- SURRENDE <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 139,329.00 | 0.00 | DA | 0.00 | FA |
| 3   Checking account held by Chase Bank <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 134.00 | 0.00 | DA | 0.00 | FA |
| 4   Checking account held by Chase Bank in banks, sa <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 65.00 | 0.00 | DA | 0.00 | FA |
| 5   Checking account held by Citibank associations, <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6   Miscellaneous depreciated household goods and fu <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7   Necessary wearing apparel and shoes <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8   Two term life insurance policies held by America <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9   2005 Ford Expedition XLT Sport Utility 4D, 68k m <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 1,800.00 | DA | 0.00 | FA |
| 10   2006 Honda CR-V SE Sport Utility 4D, 65k mileage <br>     Orig. Asset Memo: Imported from original petition Doc# 1 | 16,960.00 | 0.00 | DA | 0.00 | FA |
| 11   Income tax refund (u) | 0.00 | 8,000.00 | | 8,578.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.33 | FA |
| **12**   **Assets**   Totals (Excluding unknown values) | **$228,855.00** | **$9,800.00** | | **$8,578.33** | **$0.00** |

Printed: 10/03/2011 06:48 AM     V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-01027　　　　　　　　　　　　　　　　**Trustee:**　　(330720)　　RICHARD M. FOGEL
**Case Name:**　　CORTINA, EFRAIN　　　　　　　　　　　**Filed (f) or Converted (c):** 01/11/11 (f)
　　　　　　　　　CORTINA, LETICIA　　　　　　　　　　　**§341(a) Meeting Date:**　02/15/11
**Period Ending:** 10/03/11　　　　　　　　　　　　　　　**Claims Bar Date:**　　　06/29/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2011　　　　**Current Projected Date Of Final Report (TFR):**　　August 3, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-01027  
**Case Name:** CORTINA, EFRAIN  
CORTINA, LETICIA  
**Taxpayer ID #:** **-***4271  
**Period Ending:** 10/03/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 | {11} | LETICIA CORTINA | Non-exempt income tax refund | 1224-000 | 2,380.00 | | 2,380.00 |
| 04/21/11 | {11} | LETICIA CORTINA | Non-exempt income tax refund of Efrain Cortina | 1224-000 | 6,198.00 | | 8,578.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 8,578.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,578.08 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,578.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,578.22 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.45 | 8,561.77 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,561.84 |
| 09/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.04 | | 8,561.88 |
| 09/21/11 | | To Account #9200******4966 | Close account and transfer for final distributions | 9999-000 | | 8,561.88 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 8,578.33 | 8,578.33 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,561.88 | |
| Subtotal | 8,578.33 | 16.45 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,578.33 | $16.45 | |

{} Asset reference(s)

Printed: 10/03/2011 06:48 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-01027  
**Case Name:** CORTINA, EFRAIN  
CORTINA, LETICIA  
**Taxpayer ID #:** \*\*-\*\*\*4271  
**Period Ending:** 10/03/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*49-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/11 | | From Account #9200\*\*\*\*\*\*4965 | Close account and transfer for final distributions | 9999-000 | 8,561.88 | | 8,561.88 |
| 09/22/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,607.82, Trustee Compensation; Reference: | 2100-000 | | 1,607.82 | 6,954.06 |
| 09/22/11 | 102 | American InfoSource LP as agent for | 43.58% dividend on Claim # 1, Ref: XXXXXXXXX8837 | 7100-000 | | 130.59 | 6,823.47 |
| 09/22/11 | 103 | Chase Bank USA, N.A. | 43.58% dividend on Claim # 2, Ref: 4266-8411-8860-9026 | 7100-000 | | 1,583.40 | 5,240.07 |
| 09/22/11 | 104 | Chase Bank USA, N.A. | 43.58% dividend on Claim # 3, Ref: 4185-5060-0381-8783 | 7100-000 | | 5,240.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,561.88 | 8,561.88 | $0.00 |
| | | | Less: Bank Transfers | | 8,561.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,561.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,561.88** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-\*\*\*\*\*\*49-65** | 8,578.33 | 16.45 | 0.00 |
| **Checking # 9200-\*\*\*\*\*\*49-66** | 0.00 | 8,561.88 | 0.00 |
| | $8,578.33 | $8,578.33 | $0.00 |

{} Asset reference(s)

Printed: 10/03/2011 06:48 AM V.12.57